Nicholas Bauer, Thomas C. Spraul, Cincinnati, Ohio, Laurence M. Kimble, Portsmouth, Ohio, for appellees.

Before MARTIN, McALLISTER and MILLER, Circuit Judges.

PER CURIAM.

This cause came on to be heard on appeal from the judgment of the district court in an action brought by appellants for adjudication of rights under lease contracts and in the alternative for damages for losses alleged to have accrued from delay of appellees in furnishing a good and marketable title to appellants;

And this court, having duly considered the oral arguments and briefs of the parties and the record in the case, is of opinion that the judgment of the district court should be affirmed for the reasons given in the oral opinion of Judge Cecil, constituting ten pages of the appendix record, and upon the basis of his findings of fact and conclusions of law in conformity therewith.

Accordingly, the judgment is affirmed.

James E. Haggerty, Edward P. Echlin, Detroit, Mich., for appellants.

Fred W. Kaess, George E. Woods, Detroit, Mich., for appellee.

Before MARTIN, McALLISTER, and STEWART, Circuit Judges.

PER CURIAM.

The above cases came on to be heard on a transcript of the record, the briefs of the parties, and argument of counsel in open court. It appears that both direct and circumstantial evidence presented a question of fact for the jury. There was evidence from which the jury could conclude that the acts of appellants' agent were done by their authority, under their direction, and in concert with them. The verdict of appellants' guilt was sustained by the proofs; the claim of reversible error in the court's instructions is without merit; and, accordingly, the judgment of the district court is affirmed.

**Louis W. BOHM, Appellant,**

v.

**UNITED STATES of America, Appellee.**

**Robert T. BOLO, Appellant,**

v.

**UNITED STATES of America, Appellee.**

**Robert T. BOLO and Louis W. Bohm, Appellants,**

v.

**UNITED STATES of America, Appellee.**

Nos. 12392-12394.

United States Court of Appeals
Sixth Circuit.

Nov. 7, 1955.

**John E. HUBER, Appellant,**

v.

**Byrd S. HUBER, Appellee.**

No. 12384.

United States Court of Appeals
Sixth Circuit.

Nov. 7, 1955.

Long & Bloom, Cincinnati, Ohio, for appellant.

Henry A. Burgett, Burke & Cooney, Cincinnati, Ohio, for appellee.

Before McALLISTER, MILLER, and STEWART, Circuit Judges.

PER CURIAM.

The above cause came on to be heard upon the transcript of the record, the